JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DENNIS COOPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IBRAHIM DIAB, as Trustee of the Ibrahim & Clara Diab Family Trust; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01247 JGB (JCx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**;

2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant Ibrahim Diab, as Trustee of the Ibrahim & Clara Diab Family Trust, on Plaintiff's Americans with Disabilities Act (ADA) claim;

3. Plaintiff is **AWARDED** $3,082, consisting of $2,475 in attorney's fees and $607 in costs;

4. Defendant is **ENJOINED** to ensure that accessibility barriers at the Business located at 25356 E. Baseline St., San Bernardino, California are removed and/or corrected; and

5. Plaintiff is **ORDERED** to mail a copy of this Order and Judgment to Defendant Ibrahim Diab, as Trustee of the Ibrahim & Clara Diab Family Trust. Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 6, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge